IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY SMITH,

        Petitioner,	JUDGMENT IN A CIVIL CASE

  v.	Case No. 13-cv-368-wmc

ROBERT WERLINGER, WARDEN
FCI-OXFORD,

        Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by petitioner Jimmy Smith is dismissed for lack of jurisdiction.

| /s/ | 12/04/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |